NEW YORK PLUMBERS' SPECIALTIES COMPANY, INC., Respondent, *v.* PAUL ENGLANDER, Appellant.

NEW YORK PLUMBERS' SPECIALTIES COMPANY, INC., Respondent, *v.* EMILY L. HOFFBAUER, Appellant.

(Argued June 11, 1930; decided July 8, 1930.)

*Irving I. Goldsmith, Walter M. Hinkle* and *Reuben Greenbaum* for appellants.

*Charles H. Kelby* and *Abraham J. Halprin* for respondent.

Order in each action affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.